UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTINA BONTERRE,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

18 Civ. 745 (ER)

<u>Ramos, D.J.</u>:

    Plaintiff Bonterre filed her complaint on January 26, 2018. Doc. 1. Defendants answered the complaint on April 2, 2018. Doc. 18. There has been no further activity in this case aside from Defendants' counsel's Notice of Appearance on January 30, 2019. The parties are therefore instructed to file a joint status report by no later than December 14, 2020.

    It is SO ORDERED.

Dated:    November 30, 2020
             New York, New York

                                                                       Edgardo Ramos, U.S.D.J.