UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BETTINA BONTERRE,

**STIPULATION**

                          Plaintiff,

18 Civ. 745 (ER)

          -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF SANITATION, ROBERT WEISS, and
GASPAR MORENO,

                           Defendants.

------------------------------------------------------------------- x

        **IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as

represented below, that the above-captioned action be, and it hereby is, withdrawn, discontinued,

and dismissed, with prejudice as against the Defendants, and without costs, fees, or disbursements

to any party. This stipulation may be filed by either party without notice to the other.

Dated:       New York, New York
             March 30, 2022

                                        DeTOFFOL & GITTLEMAN
                                        Attorneys for Plaintiff
                                        125 Maiden Lane, Suite 5C
                                        New York, NY 10038

                                        Joshua Gittleman, Esq.

                                        AGREED TO BY:

                                        Bettina Bonterre
                                        Plaintiff

Dated: New York, New York
       April 4, 2022

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel
                                        of the City of New York
                                        100 Church Street, Room 2-107
                                        New York, NY 10007

                                        Edwar Estrada, Esq.

                                        SO ORDERED:

                                        _____

                                        HON. EDGARDO RAMOS
                                        UNITED STATES DISTRICT JUDGE
                                        Date:   April 8, 2022
                                                New York, New York

- 2 -